# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>ALICE GREEN, )<br>    Defendant, )<br> )<br>and )<br> )<br>D & E CLEANING COMPANY. )<br>    Garnishee. ) | CASE NO. 3:02CR156-6<br>(Financial Litigation Unit) |

## ORDER OF CONTINUING GARNISHMENT

The United States obtained a judgment against Defendant, Alice Green, on October 16, 2003, in the amount of $10,000,100.00. Subsequently, the United States sought to garnish Alice Green's wages. On August 9, 2006, the Court entered a Writ of Continuing Garnishment ("Writ") to Garnishee, D & E Cleaning Company. ("garnishee"). The United States is entitled to a wage garnishment of up to 25% of Alice Green's net income and has satisfied the prerequisites set forth in 15 U.S.C. §1673.

(The defendant was served with the writ of garnishment on August 11, 2006 and the garnishee was served on September 2, 2006. No answer has been filed by either the garnishee or defendant.)

IT IS THEREFORE ORDERED that an Order of Continuing Garnishment is hereby ENTERED in the amount of $9,998,900.00 computed through October 11, 2006. The garnishee will pay the United States up to 25% of Alice Green's net earnings which remain after all deductions required by law have been withheld and 100% of all 1099 payments, and the garnishee will continue

said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to Alice Green or until further Order of this court.

Payments should be made payable to the United States Clerk of Court and mailed to the US Clerk of Court, 401 West Trade Street, Charlotte, NC 28202. In order to ensure that each payment is credited properly, the following should be included on each check: Alice Green, Court Number 3:02cr156-6.

The plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the defendant would normally receive may be offset and applied to this debt.

Signed: October 12, 2006

Lacy H. Thornburg
United States District Judge

# CERTIFICATE OF SERVICE

    I certify that on October 12, 2006, the foregoing proposed Order of Continuing Garnishment was served upon the parties listed below by electronic mail and/or mailing a copy thereof, postage prepaid and properly addressed at the last known address as follows:

Alice Green
616 Lightspun Lane
Charlotte, NC   28269

D & E Cleaning Co.
5305 Harris Cove Drive
Charlotte, NC   28269

                                  GRETCHEN C.F. SHAPPERT, UNITED STATES ATTORNEY
                                  s/ Jennifer A. Youngs
                                  Assistant United States Attorney
                                  NCSB# 23925
                                  227 West Trade Street, Suite 1650
                                  Charlotte, North Carolina 28202
                                  Ph:  (704) 344-6222
                                  Fx:  (704) 344-6629
                                  Jennifer.Youngs@usdoj.gov